UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORP., <br> Plaintiff, <br><br> v. <br><br> ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD. <br><br> Defendants. | Civil Action No. 13-1028 (SDW)(MCA) <br><br> **ORDER** <br><br> February 27, 2013 |

This matter comes before the Court upon the application of Plaintiff Novartis Pharmaceutical Corporation ("Plaintiff" or "Novartis") by way of Order to Show Cause seeking, upon notice, a temporary restraining order restraining:

(1) Defendants Apotex, Inc.; Apotex, Corp.; Dr. Reddy's Laboratories, Inc.; Dr. Reddy's Laboratories Ltd.; Emcure Pharmaceuticals USA, Inc.; Emcure Pharmaceuticals, Ltd.; Pharmaceutics International, Inc.; Sagent Pharmaceuticals, Inc.; ACS Dobfar Info S.A.; Strides, Inc.; Agila Specialties Private Ltd.; Sun Pharmaceuticals Industries, Inc.; Sun Pharma Global FZE; Caraco Pharmaceutical Laboratories, Ltd; Sun Pharmaceuticals Industries Ltd.; Wockhardt USA LLC; Wockhardt Ltd., and those acting in concert with them (collectively "Defendants"), from making, using, selling, offering to sell, or importing products bioequivalent to Plaintiff's Zometa or Reclast; and

(2) this Court having read and considered the papers submitted in support of the motion; and for good cause shown;

**ON THIS <u>27th</u> DAY OF FEBRUARY, 2013, IT IS HEREBY**

**ORDERED** that Defendants can submit any opposition papers by Thursday, February, 28, 2013 at 4:00 p.m.; and it is further

**ORDERED** that Defendants will show cause at a hearing on Friday, March 1, 2013 at 10:30 a.m. why Plaintiff's requested Temporary Restraining Order should not be entered enjoining Defendants and all their officers, agents, servants, employees, attorneys, and any and all other persons or entities acting by, through, under, or in active concert or in participation with any or all of them, from making, using, selling, offering for sale, or importing in or into the United States products that are bioequivalent or therapeutically equivalent to either Zometa or Reclast, including any product for which Defendants filed either an Abbreviated New Drug Application ("ANDA") or 505(b)(2) application seeking approval to market a generic version of Zometa or Reclast; and it is further

2

**ORDERED** that a true copy of this Order shall be served by Plaintiff on Defendants' counsel of record by email and/or hand delivery.

                                                                        _____
                                                                        **Susan D. Wigenton, U.S.D.J.**

cc:  Madeline Cox Arleo, U.S.M.J.