Marilyn Neiman
Cozen O'Connor
277 Park Avenue
New York, NY 10172
Telephone:  (212) 883-4985
Facsimile:  (646) 588-1476
mneiman@cozen.com

*Attorneys for Defendants*
*Sagent Pharmaceuticals, Inc. and*
*ACS Dobfar Info S.A.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>                    Defendants. | Civ. Action No. 13-1028 (SDW) (MCA)<br><br>(Filed Electronically)<br><br><br>**NOTICE OF APPEARANCE** |

The undersigned, Marilyn Neiman, hereby enters her appearance as counsel of record for Defendants Sagent Pharmaceuticals, Inc. and ACS Dobfar Info S.A. in the above-referenced action.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
February 27, 2013

COZEN O'CONNOR

s/ Marilyn Neiman
Marilyn Neiman
277 Park Avenue
New York, NY 10172
Telephone: (212) 883-4985
Facsimile: (646) 588-1476
mneiman@cozen.com

*Attorneys for Defendants Sagent Pharmaceuticals, Inc. and ACS Dobfar Info S.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2013, I caused this NOTICE OF APPEARANCE to be filed with the Court and served upon all counsel of record via ECF.

s/ Marilyn Neiman
Marilyn Neiman