```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS


NEWARK                                         DATE: March 1, 2013

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Carmen D. Soto


Title of Case:                                 Docket# 13-1028

NOVARTIS PHARMACEUTICALS CORPORATION v. ACTAVIS LLC
```

**Appearances**:
William J. O'Shaughnessy, Esq. for Pltf, Novartis Pharmaceuticals
Robert J. Gunther, Jr., Esq. for Pltf, Novartis Pharmaceuticals
Robert Trenchard, Esq. for Pltf, Novartis Pharmaceuticals
Jane M. Love, Esq. for Pltf, Novartis Pharmaceuticals

Philip L. Hirschhorn, Esq. for Deft, Pharmaceutics Intl, Inc.
Shane Brunner, Esq. for Deft, Pharmaceutics Intl, Inc.
Jeff Ward, Esq. For Deft, Pharmaceutics Intl, Inc.

Bill Zimmerman, Esq. for Deft, Wockhardt USA LLC
Jay Deshmukh, Esq. for Deft, Wockhardt USA LLC
Tom Krzeminski, Esq. for Deft, Wockhardt USA LLC
Erica Helms, Esq. for Deft, Wockhardt USA LLC

Jonahan Harris, Esq. for Deft, Actavis LLC

Alan Pollick, Esq. for Deft, Dr. Reddy's Laboratories, Inc.
Bruce Radin, Esq. for Deft, Dr. Reddy's Laboratories, Inc.
Ajay Kayal, Esq. for Deft, Dr. Reddy's Laboratories, Inc.

Jeffrey Cohen, Esq. for Deft, Apotex Inc.
Dan Curry, Esq. for Deft, Apotex Inc.
Philip Secrest, Esq. for Deft, Apotex Inc.

Steve Lee, Esq. for Deft, Caraco Pharmaceutical Laboratories, LTD.

Barry S. White, Esq. for Deft, Emcure Pharmaceuticals USA, Inc.
Anthony Laura, Esq. for Deft, Emcure Pharmaceuticals USA, Inc.

Martin Pavane, Esq. for Deft, Sagent Pharmaceuticals, Inc.
Julia Kim, Esq. for Deft, Sagent Pharmaceuticals, Inc.

Marilyn Neiman, Esq. for Sagent Pharmaceuticals, Inc.

Nature of Proceeding:  **SHOW CAUSE HEARING**
Hearing on OTSC for temporary restraining order.
Temporary restraining order DENIED.

Time Commenced 10:30 a.m.
Time Adjourned 1:10   p.m.

cc: chambers                                    Carmen D. Soto
                                                Deputy Clerk