Martin B. Pavane, seeking *pro hac vice* admission
Julia Kim, seeking *pro hac vice* admission
Marilyn Neiman
Andrew Nemiroff
Cozen O'Connor
277 Park Avenue
New York, NY 10172
Telephone: (212) 883-4985
Facsimile: (646) 588-1476
mneiman@cozen.com

*Attorneys for Defendants*
*Sagent Pharmaceuticals, Inc. and*
*ACS Dobfar Info S.A.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>ACTAVIS LLC; et al.,<br><br>       Defendants. | DECLARATION OF THOMAS MOUTVIC IN OPPOSITION TO NOVARTIS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION<br><br>**PUBLIC VERSION**<br><br>Civ. Action No. 13-1028 (SDW) (MCA)<br><br>(Filed Electronically) |

I, Thomas Moutvic, declare as follows:

1. I am Vice President, Regulatory Affairs of Sagent Pharmaceuticals, Inc. ("Sagent"), a defendant in the captioned litigation.

2. I have personal knowledge of the facts set forth in this Declaration.

3.                          REDACTED
                           REDACTED


4.                          REDACTED

                           REDACTED


5.                          REDACTED
                           REDACTED


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2013 in Chicago, Illinois

Thomas Moutvic

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2013, I caused this DECLARATION OF THOMAS MOUTVIC IN OPPOSITION TO NOVARTIS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION to be filed with the Court under seal and served upon all counsel of record via ECF and by email to all counsel of record on a "Confidential Outside Attorneys Eyes Only" basis.

s/ Marilyn Neiman
Marilyn Neiman

# EXHIBIT A

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED