Martin B. Pavane
Julia S. Kim
Marilyn Neiman
Andrew Nemiroff
Cozen O'Connor
277 Park Avenue
New York, NY 10172
Telephone: (212) 883-4985
Facsimile: (646) 588-1476
mpavane@cozen.com
jkim@cozen.com
mneiman@cozen.com
anemiroff@cozen.com

*Attorneys for Defendants
Sagent Pharmaceuticals, Inc. and
ACS Dobfar Info S.A.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                      Plaintiff,<br><br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>                      Defendants. | DECLARATION OF VICTORIA A. WOHLFEIL, ESQ. IN OPPOSITION TO NOVARTIS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION<br><br>## PUBLIC VERSION<br><br>Civ. Action No. 13-1028 (SDW) (MCA)<br><br>(Filed Electronically) |

NYC_MIDTOWN\2010548\1

I, Victoria A. Wohlfeil, Esq., declare as follows:

1. I am Corporate Counsel for Sagent Pharmaceuticals, Inc. ("Sagent"), a defendant in the captioned litigation.

2. I have personal knowledge of the facts set forth in this Declaration.

3. REDACTED
REDACTED           REDACTED

This net profit can be used to determine the amount of any bond to be posted by plaintiff Novartis Pharmaceuticals Corporation ("Novartis") if Sagent is enjoined from selling its generic Zometa and/or Reclast products.

4. REDACTED
REDACTED
REDACTED    But for any injunctive relief that this Court may order, Sagent will be able to market its generic version of Zometa upon receipt of final approval from FDA.

5. As set forth in the accompanying Declaration of Thomas Moutvic, Vice President of Sagent's Regulatory Affairs, REDACTED
REDACTED    Here too, but for any injunctive relief that this Court may order, Sagent will be able to market its generic version of Reclast upon receipt of final approval from FDA.

6. REDACTED
REDACTED

2

NYC_MIDTOWN\2010548\1

REDACTED

7.  REDACTED

REDACTED                    Consequently,

Sagent has not yet promoted such products.

8.  REDACTED

REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2013

By: *Victoria Wohlfeil* (signature)
Victoria A. Wohlfeil, Esq.

NYC_MIDTOWN\2010548\1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2013, I caused this DECLARATION OF VICTORIA A. WOHLFEIL, ESQ. IN OPPOSITION TO NOVARTIS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION to be filed under seal with the Court and served upon all counsel of record via ECF and by email to all counsel of record on a "Confidential Outside Attorneys' Eyes Only" basis.

                                                s/ Marilyn Neiman
                                                Marilyn Neiman