**CERTIFICATE OF SERVICE**

I, Marilyn Neiman, hereby certify that I caused true and correct copies of the foregoing *Redacted/Public versions of Sagent's Opposition to Novartis's Opening Brief in Support of Its Motion for a Temporary Restraining Order and a Preliminary Injunction together with Redacted/Public versions of the supporting Declarations of Thomas Moutvic (with Exhibit A), Marilyn Neiman (with Exhibits B-H) and Victoria A. Wohlfeil*, to be filed with the Court and served upon all counsel of record via ECF.

Dated:  March 6, 2013                                        s/ Marilyn Neiman
                                                                            Marilyn Neiman