Anthony J. Laura, Esq.
**PATTON BOGGS LLP**
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
973.848.5600
Attorneys for Defendants
Emcure Pharmaceuticals USA, Inc. and
Emcure Pharmaceuticals, Ltd.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD, <br><br> Defendants. | Civil Action No. 13-01028 (SDW) <br><br><br> **ORDER FOR PRO HAC VICE ADMISSION OF BARRY S. WHITE AND ANDREW WASSON** |

**THIS MATTER** having been opened to the Court by application of Patton Boggs LLP, counsel for defendants Emcure Pharmaceuticals USA, Inc. and Emcure Pharmaceuticals, Ltd. ("Emcure"), and the Court having reviewed the submissions of counsel, and for good cause shown;

**IT IS** on this _4th_ day of _March_, 2013,

4841-7577-3458.

**ORDERED** that Barry S. White, Esq. and Andrew Wasson be and hereby are admitted to the Bar of this Court *pro hac vice* for the purpose of participating in this matter; and it is further

**ORDERED** that all papers in this action shall be served upon Anthony J. Laura, Esq. of Patton Boggs LLP, One Riverfront Plaza, Newark, New Jersey 07102, who shall promptly notify Messrs. White and Wasson of receipt thereof as counsel for Emcure; and it is further

**ORDERED** that Messrs. White and Wasson shall be subject to the disciplinary jurisdiction of this Court; and it is further

**ORDERED** that Messrs. White and Wasson shall each make payment to the New Jersey Lawyers Fund for Client Protection pursuant to Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Messrs. White and Wasson shall each make payment in the amount of $150 to the Clerk, U.S. District Court, in accordance with Local Civil Rule 101.1(c)(3).

_____
HON. MADELINE COX ARLEO, U.S.M.J.

4841-7577-3458.