## EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD., <br><br> Defendants. | Civil Action No. 13-1028-SDW-MCA <br><br> **ORDER FOR THE CONSENTED-TO PRO HAC VICE ADMISSION OF EDWARD J. PARDON** |

Upon the application of Philip L. Hirschhorn, attorney for Pharmaceutics International, Inc., with the consent of counsel for Plaintiff Novartis Pharmaceuticals Corporation,

**IT IS HEREBY ORDERED** that

> Edward J. Pardon
> Merchant & Gould PC
> 10 East Doty Street, Suite 600
> Madison, WI 53703
> Phone: (608) 280-6750
> Fax:    (612) 332-9081

is admitted to practice *pro hac vice* as counsel for Pharmaceutics International, Inc. in the above-captioned case in the United States District Court for the District of New Jersey. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

**IT IS ORDERED** that Edward J. Pardon, Esq., shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey and subject to this Court's disciplinary jurisdiction.

**IT IS ORDERED** that all papers in this action shall be served upon Philip L. Hirschhorn of Buchanan Ingersoll & Rooney PC, who shall promptly notify Mr. Pardon of receipt thereof as counsel for Pharmaceutics International, Inc.

**IT IS FURTHER ORDERED** that Mr. Pardon shall make a payment in the amount of $199 to the New Jersey Lawyers' Fund for Client Protection pursuant to Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), as well as a payment in the amount of $150 to the Clerk of the United States District Court, pursuant to Local Civil Rule 101.1(c)(3).

Dated: March 4, 2013

_____
Hon. Madeline Cox Arleo, U.S.M.J.