UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORP., <br><br> Plaintiff, <br><br> v. <br><br> ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD. <br><br> Defendants. | Civil Action No. 13-1028 (SDW)(MCA) <br><br><br> **ORDER** <br><br><br> March 1, 2013 |

This matter having come before the Court upon the application of Plaintiff Novartis Pharmaceutical Corporation ("Novartis") seeking a Temporary Restraining Order against Defendants Apotex, Inc.; Apotex, Corp.; Dr. Reddy's Laboratories, Inc.; Dr. Reddy's Laboratories Ltd.; Emcure Pharmaceuticals USA, Inc.; Emcure Pharmaceuticals, Ltd.; Pharmaceutics International, Inc.; Sagent Pharmaceuticals, Inc.; ACS Dobfar Info S.A.; Strides,

1

Inc.; Agila Specialties Private Ltd.; Sun Pharmaceuticals Industries, Inc.; Sun Pharma Global FZE; Caraco Pharmaceutical Laboratories, Ltd; Sun Pharmaceuticals Industries Ltd.; Wockhardt USA LLC; Wockhardt Ltd., and those acting in concert with them (collectively "Defendants"), from making, using, selling, offering to sell, or importing products bioequivalent to Plaintiff's Zometa or Reclast, and this Court having carefully reviewed and considered the submissions and arguments of the parties, and for the reasons stated on the record at the March 1, 2013 hearing,

On the 1st of March, 2013, **IT IS HEREBY**

**ORDERED** that Novartis's request for a Temporary Restraining Order is **DENIED**.

Susan D. Wigenton, U.S.D.J.

cc: Madeline Cox Arleo, U.S.M.J.