UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NOVARTIS PHARMACEUTICALS CORPORATION,

        Plaintiff(s)    :    Civil Action No. 13-1028-SDW-MCA

v.    :

ACTAVIS LLC, ET AL.,

        Defendant(s)    :

### REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:     EDWARD J. PARDON

Address:     MERCHANT & GOULD PC

        10 EAST DOTY STREET, SUITE 600

        MADISON, WI 53703

e-Mail:     EPardon@merchantgould.com
(one email address only)

Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event. **Notice of Pro Hac Vice to Receive NEF**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACTAVIS LLC; APOTEX, INC.; )<br>APOTEX, CORP.; BEDFORD )<br>LABORATORIES; DR. REDDY'S )<br>LABORATORIES, INC.; DR. REDDY'S )<br>LABORATORIES LTD.; EMCURE )<br>PHARMACEUTICALS USA, INC.; )<br>EMCURE PHARMACEUTICALS, LTD; )<br>HOSPIRA, INC.; PHARMACEUTICS )<br>INTERNATIONAL INC.; )<br>PHARMAFORCE, INC.; SAGENT )<br>PHARMACEUTICALS, INC.; ACS )<br>DOBFAR INFO S.A.; STRIDES, INC.; )<br>AGILA SPECIALTIES PRIVATE LTD.; )<br>SUN PHARMACEUTICALS )<br>INDUSTRIES, INC.; SUN PHARMA )<br>GLOBAL FZE; CARACO )<br>PHARMACEUTICAL LABORATORIES, )<br>LTD; SUN PHARMACEUTICAL )<br>INDUSTRIES LTD.; TEVA )<br>PARENTERAL MEDICINES, INC.; )<br>WOCKHARDT USA LLC; and )<br>WOCKHARDT LTD., )<br>)<br>Defendants. )<br>) | Civil Action No. 13-1028-SDW-MCA<br><br>**ORDER FOR THE CONSENTED-TO PRO HAC VICE ADMISSION OF EDWARD J. PARDON** |

Upon the application of Philip L. Hirschhorn, attorney for Pharmaceutics International, Inc., with the consent of counsel for Plaintiff Novartis Pharmaceuticals Corporation,

**IT IS HEREBY ORDERED** that

Edward J. Pardon
Merchant & Gould PC
10 East Doty Street, Suite 600
Madison, WI 53703
Phone: (608) 280-6750
Fax:    (612) 332-9081

is admitted to practice *pro hac vice* as counsel for Pharmaceutics International, Inc. in the above-captioned case in the United States District Court for the District of New Jersey. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

**IT IS ORDERED** that Edward J. Pardon, Esq., shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey and subject to this Court's disciplinary jurisdiction.

**IT IS ORDERED** that all papers in this action shall be served upon Philip L. Hirschhorn of Buchanan Ingersoll & Rooney PC, who shall promptly notify Mr. Pardon of receipt thereof as counsel for Pharmaceutics International, Inc.

**IT IS FURTHER ORDERED** that Mr. Pardon shall make a payment in the amount of $199 to the New Jersey Lawyers' Fund for Client Protection pursuant to Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), as well as a payment in the amount of $150 to the Clerk of the United States District Court, pursuant to Local Civil Rule 101.1(c)(3).

Dated: _____, 2013

_____
Hon. Madeline Cox Arleo, U.S.M.J.