WINSTON & STRAWN LLP
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter

Attorneys for Defendant Hospira, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

—————————————————————— x
                                 :

NOVARTIS PHARMACEUTICALS      :  Honorable Susan D. Wigenton, U.S.D.J.
CORPORATION,                        :
                                 :  Civil Action No. 13 CV 1028 (SDW)(MCA)
                     Plaintiff,  :
v.                                :
                                 :
ACTAVIS LLC; APOTEX, INC.;      :  **DEFENDANT HOSPIRA, INC.'S**
APOTEX, CORP.; BEDFORD       :  **APPLICATION FOR AN EXTENSION OF**
LABORATORIES; DR. REDDY'S   :  **TIME TO ANSWER, REPLY, MOVE, OR**
LABORATORIES, INC.; DR. REDDY'S :  **OTHERWISE RESPOND TO PLAINTIFF'S**
LABORATORIES LTD.; EMCURE   :  **COMPLAINT**
PHARMACEUTICALS USA, INC.;   :
EMCURE PHARMACEUTICALS, LTD; :
HOSPIRA, INC.; PHARMACEUTICS  :
INTERNATIONAL INC.;            :
PHARMAFORCE, INC.; SAGENT    :
PHARMACEUTICALS, INC.; ACS    :
DOBFAR INFO S.A.; STRIDES, INC.;  :
AGILA SPECIALTIES PRIVATE LTD.; :
SUN PHARMACEUTICALS        :
INDUSTRIES, INC.; SUN PHARMA  :
GLOBAL FZE; CARACO          :
PHARMACEUTICAL             :
LABORATORIES, LTD; SUN      :
PHARMACEUTICAL INDUSTRIES  :
LTD.; TEVA PARENTERAL      :
MEDICINES, INC.; WOCKHARDT USA :
LLC; and WOCKHARDT LTD,    :
                                 :
                   Defendants.  :
—————————————————————— x

To:     William T. Walsh
        Clerk of Court
        United States District Court
         for the District of New Jersey


        Application is hereby made for a Clerk's Order extending the time within which

Defendant Hospira, Inc. may answer, reply, move, or otherwise respond to the Complaint filed

by Plaintiff herein.  It is represented that:


1.      No previous extension of time to answer, reply, move, or otherwise respond to the
        Complaint has been obtained by Hospira.

2.      Hospira was served with the Complaint on Monday, February 25, 2013.

3.      Hospira's time to answer, reply, move, or otherwise respond to the Complaint
        expires on Monday, March 18, 2013.


                                        WINSTON & STRAWN LLP
                                        Attorneys for Defendant,
                                        Hospira, Inc.


                                        By:     s/ James S. Richter
                                                James S. Richter
                                                jrichter@winston.com

Dated: March 13, 2013

The above application is ORDERED GRANTED and the time within which Defendant Hospira, Inc. may answer, reply, move, or otherwise respond to the Complaint filed by Plaintiff is hereby extended to April 1, 2013.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____

Deputy Clerk

NY:1550498.1