FOX ROTHSCHILD LLP
Karen A. Confoy
997 Lenox Drive, Bldg. 3
Lawrenceville, New Jersey 08648
(609) 844-3033 (Telephone)/(609) 896-1469 (Facsimile)
kconfoy@foxrothschild.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
Jay R. Deshmukh
William R. Zimmerman (Pro hac vice forthcoming)
1717 Pennsylvania Avenue, Suite 900
Washington, DC 20006
(202) 640-6400 (Telephone)/(202) 640-6401 (Facsimile)
jay.deshmukh@knobbe.com
bill.zimmerman@knobbe.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
Thomas P. Krzeminski (Pro hac vice forthcoming)
William O. Adams (Pro hac vice forthcoming)
Karen M. Cassidy (Pro hac vice forthcoming)
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404 (Telephone)/(949) 760-9502 (Facsimile)
tpk@knobbe.com
william.adams@knobbe.com
karen.cassidy@knobbe.com

*Attorneys for Defendants Wockhardt USA LLC and Wockhardt Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ACTAVIS LLC; APOTEX, INC.; APOTEX CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS | ) ) ) ) **DOCUMENT** ) **ELECTRONICALLY FILED** ) ) Civil Action No. 13-cv-1028-SDW-MCA ) ) **NOTICE OF APPEARANCE** ) ) ) ) ) ) ) |

|  |  |
|---|---|
| INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR AR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD.<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

To:    William T. Walsh, Clerk
        United States District Court for the
        District of New Jersey
        Martin Luther King Building & U.A. Courthouse
        50 Walnut Street
        Newark, New Jersey, 07101

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel in the above proceeding for defendant Wockhardt USA LLC and Wockhardt Limited. Please serve copies of all papers in the action upon the undersigned firm.

Dated: March 8, 2013        KNOBBE, MARTENS, OLSON & BEAR, LLP

                                          By: _____
                                              Jay R. Deshmukh
                                            Attorneys for Defendants
                                            Wockhardt USA LLC and
                                            Wockhardt Limited