Diane C. Ragosa (dcr@avhlaw.com)
**Axinn, Veltrop & Harkrider LLP**
114 West 47th Street
New York, NY 10036
Telephone: 212-728-2200
Facsimile: 212-728-2201

*Attorneys for Defendant Actavis LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | : |
| Plaintiffs, | : C.A. No. 2:13-cv-01028-SDW-MCA |
| v. | : |
| ACTAVIS LLC, et al. | : |
| Defendants. | : |

**ORDER GRANTING**
**APPLICATION FOR ADMISSION PRO HAC VICE**

The above matter having been opened to the Court by Diane C. Ragosa, Esq., attorney for defendant Actavis LLC ("Actavis"), for an Order granting the admission *pro hac vice* of Jonathan A. Harris, Esq., of the law firm of Axinn, Veltrop & Harkrider, 90 State House Square, Hartford, Connecticut 06103, on notice to, Plaintiff through counsel, McCarter & English, LLP, and the Court having considered the application and for good cause shown;

IT IS on this _____ day if _____, 2013;

**ORDERED** that Jonathan A. Harris, Esq., a member of the Bars/courts of the States of Connecticut and Illinois, the United States District Court for Northern District of Illinois, the United States District Court for the District of Connecticut and the United States Court of

Appeals for the Federal Circuit, is hereby admitted *pro hac vice* to appear and participate as co-counsel for Actavis in this matter pursuant to Local Civil Rule 101.1 of the United States District Court for the District of New Jersey; and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(2) and (3), Jonathan A. Harris, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), within twenty (20) days from the date of entry of this Order, enclosing with payment a completed Form PHV, and shall make payment to the Clerk, United States District Court in the amount of one hundred and fifty dollars ($150.00); and

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by a member or associate of the law firm of Axinn, Veltrop & Harkrider LLP, attorneys of record for Actavis, who shall be held responsible for said papers and the conduct of the cause and who shall be present in Court during all stages of this proceeding, unless expressly excused by the Court, as well as to be held responsible for the conduct of the admitted attorney herein; and

**IT IS FURTHER ORDERED** that Jonathan A. Harris, Esq., shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Civil Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>; and

**IT IS FURTHER ORDERED** Jonathan A. Harris, Esq., shall be deemed to have agreed not to take a fee in any tort case in excess of the New Jersey Stat Court Contingency Fee Rule, Rule 1:27-7, as amended.

_____
Hon. Madeline Cox Arleo, U.S.M.J.

3-15-13