

March 20, 2013

Clerk's Office
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**RE:** *Novartis Pharmaceuticals Corporation v. Actavis LLC, et al.,*
<u>Civil Action No. 13-1028</u>

William J. O'Shaughnessy
Partner
T. 973.639.2094
F. 973.297.3722
woshaughnessy@mccarter.com

Dear Sir/Madam:

We, together with Wilmer Cutler Pickering Hale and Dorr LLP, represent the Novartis plaintiff in Civ. Action No. 13-1028. On March 15, 2013, Novartis filed an Amended Complaint in the action and added a new defendant, GLAND PHARMA LTD. (D.E. 128). We request that a summons be issued for this new defendant.

Thank you for your assistance.

Very truly yours,

s/William J. O'Shaughnessy

William J. O'Shaughnessy

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON