

One Riverfront Plaza, Suite 730
Newark, NJ 07102-5401
T: +1 (973) 848-7676
F: +1 (973) 848-7650
www.winston.com

JAMES S. RICHTER
(973) 848-7645
jrichter@winston.com

March 20, 2013

BY ECF AND FACSIMILE

Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal
Building and Courthouse
50 Walnut Street
Newark, New Jersey  07102

      Re:    Novartis Pharmaceuticals Corporation v.
               Actavis, LLC, et al.
               Civil Action No. 13 CV 1028 (SDW) (MCA)

Dear Judge Arleo:

       This firm represents Defendant Hospira, Inc. in the above-referenced matter.  At the February 26, 2013 hearing, Hospira agreed to provide thirty (30) days' notice before launching any zoledronic acid product launch.  Hospira agreed to give this notice for the sole purpose of avoiding expedited discovery or litigation regarding Novartis's motion for temporary restraining order and preliminary injunction.  Now that Novartis has withdrawn its motion for a preliminary injunction and filed an Amended Complaint to reflect this, there is no continuing reason for Hospira to provide any advanced notice.

       On Friday, March 15, 2013, Hospira alerted Novartis's counsel that, given Novartis's decision to abandon preliminary injunctive relief, Hospira did not believe it was still required to provide advanced notice regarding the launch of any zoledronic acid product (a copy of that correspondence is attached).  And, at that time, Hospira requested that Novartis notify it by Monday if Novartis had any objection or alternate understanding.  Novartis did not raise any objection.

       Accordingly, this letter serves as public notice that Hospira intends to proceed with product launch as it may choose in its sole discretion without any further notice to Novartis.

                              Respectfully submitted,

                              *s/ James S. Richter*

                              James S. Richter

cc:    All Counsel (w/encls.) (by e-mail)

BEIJING
CHARLOTTE
CHICAGO
GENEVA
HONG KONG
LONDON
LOS ANGELES
MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
WASHINGTON, D.C.



333 South Grand Avenue
Los Angeles, CA 90071-1543
T: +1 (213) 615-1700
F: +1 (213) 615-1750
www.winston.com

**STEPHEN R. SMEREK**
Partner
(213) 615-1735
ssmerek@winston.com

March 15, 2013

<u>**VIA EMAIL**</u>

Robert J. Gunther, Jr.
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
Email: robert.gunther@wilmerhale.com

    Re:    Hospira/Zoledronic

Dear Bob:

At the hearing on February 26, 2013, Hospira agreed to provide thirty (30) days notice before launching any zoledronic acid product. Hospira agreed to give this notice for the sole purpose of avoiding expedited discovery or litigation regarding Novartis's motion for temporary restraining order and preliminary injunction. Now that Novartis has represented that it will withdraw its motion for a preliminary injunction and intends to file an Amended Complaint to reflect this, there is no continuing reason for Hospira to provide any advanced notice. Accordingly, Hospira intends to proceed with product launch as it may chose in its sole discretion without any further notice to Novartis.

Please let me know by close of business Monday, March 18, 2013 if Novartis has any objection and the basis for such objection. Unless we hear otherwise from Novartis, we will alert Magistrate Judge Arleo on Tuesday that the parties agree that Hospira has no continuing obligation to give advance notice.

Very truly,

Stephen R. Smerek

SRS:an
LA:329779.1

BEIJING
CHARLOTTE
CHICAGO
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
WASHINGTON, D.C.