**FLASTER/GREENBERG P.C.**
By: Jeffrey A. Cohen
Commerce Center
1810 Chapel Avenue West
Cherry Hill, New Jersey 08002
Phone: (856)661-1900
*Attorney for Defendants, Apotex Inc. and Apotex Corp.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.;EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.;WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>*Defendants.* | Civil Action No. 13-1028 (SDW) |

### CONSENT ORDER FOR THE PRO HAC VICE ADMISSION OF DANIEL R. CHERRY, ESQUIRE

THIS MATTER having been opened to the Court by consent of the parties for the *pro hac vice* admission of Daniel R. Cherry as co-counsel for the Defendants Apotex Inc. and Apotex Corporation ("Defendants") and for good cause shown;

IT IS on this 14 day of March, 2013, hereby

**ORDERED** that Daniel R. Cherry, an attorney admitted to practice in the State of Illinois in 1987 and the State of Ohio in 1976 and in good standing from the time of his initial admission through the present, is hereby authorized by this Court to appear *pro hac* vice so that he may act as co-counsel for the Defendants in the within matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Jeffrey A. Cohen, Esquire, a member in good standing with the Bar of the Superior Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(2), Daniel R. Cherry shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-3; and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of the Order to the Treasurer of the New Jersey Fund for Client Protection, and it is further

**ORDERED** that pursuant to L. Civ. R. 101.1(c)(3), Daniel R. Cherry shall make a payment of $150.00 payable to the Clerk, United States District Court; and it is further

**ORDERED** that Daniel R. Cherry shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions

of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1,

<u>Discipline of Attorneys</u>.

We hereby consent to the form and entry of the foregoing Order:

| | |
|---|---|
| **FLASTER/GREENBERG P.C.** | ***McCARTER ENGLISH*** |
| *Attorneys for Defendants Apotex, Inc.* | *Attorneys for Plaintiff* |
| *and Apotex Corporation* | *Novartis Pharmaceuticals Corporation* |
| By: <u>s/ Jeffrey A. Cohen</u> | By:  <u>/s/ William J. O'Shaughnessy</u> |
| Jeffrey A. Cohen, Esquire | William J. O'Shaughnessy, Esquire |
| Dated:  March 15, 2013 | Dated: March15, 2013 |

So Ordered:

_____
Hon. Madeline Arleo, U.S.M.J.

2996197 v1

3