**FLASTER/GREENBERG P.C.**
By: Jeffrey A. Cohen, Esquire
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900 - Phone
(856) 661-1919 - Facsimile
jeff.cohen@flastergreenberg.com
*Attorneys for Defendants, Apotex Corp. and Apotex Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION., <br><br> Plaintiff, <br><br> v. <br><br> ACTAVIS LLC; APOTEX INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES, LTD.; EMCURE PHARMACEUTICALS, INC.; EMCURE PHARMACEUTICALS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICAL INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; AND WOCKHARDT LTD. <br><br> Defendants. | Civil Action No. 13-cv-1028 (SDW) <br><br> Honorable Judge Susan D. Wigenton <br><br> Magistrate Judge Madeline Cox Arleo <br><br><br> RETURN DATE: April 1, 2013 <br><br><br> Document Electronically Filed |

### ORDER GRANTING APOTEX'S MOTION TO SEAL MATERIALS

THIS MATTER having been brought before the Court, attorneys for Defendants, Apotex Corp. and Apotex Inc. ("Apotex") seeks entry of an Order filing documents under seal pursuant

and no opposition having been filed; to Local Civil Rule 5.3(c), and Apotex having shown good cause by showing that the public disclosure of Apotex's *Motion To Dismiss Count II As To Apotex For Failure To State A Claim On Which Relief Can Be Granted* will cause clearly defined and serious injury to Apotex. Apotex and the Parties have a legitimate interest in the documents, and that the public does not have a legitimate interest in their disclosure and that there is no less restrictive alternative to the sealing of these documents.

IT IS on this _____ day of _____, 2013,

**ORDERED** that Apotex's Motion to Dismiss Count II as to Apotex for Failure to State a Claim on Which Relief can be Granted, and exhibits, containing proprietary, commercial, private and/or other confidential information, shall be sealed pursuant to L. R. Civ. P. 5.3(c).

**IT IS FURTHERED ORDERED** that the above-listed documents shall be maintained under seal by the clerk of the Court.

_____
Hon. Madeline Cox Arleo, USMJ

2