IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS LLC, APOTEX, INC., APOTEX, CORP., BEDFORD LABORATORIES, DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LTD., EMCURE PHARMACEUTICALS USA INC., EMCURE PHARMACEUTICALS, LTD, HOSPIRA, INC., PHARMACEUTICS INTERNATIONAL INC., PHARMAFORCE, INC., SAGENT PHARMACEUTICALS, INC., ACS DOBFAR INFO S.A., STRIDES, INC., STRIDES ARCOLAB LTD, SUN PHARMACEUTICALS INDUSTRIES, INC., SUN PHARMA GLOBAL FZE, CARACO PHARMACEUTICAL LABORATORIES, LTD, SUN PHARMACEUTICAL INDUSTRIES LIMITED, TEVA PARENTERAL MEDICINES, INC., WOCKHARDT USA LLC, and WOCKHARDT LTD.<br><br>Defendants. | Civil Action No. 13-1028 (SDW) (MCA)<br><br>ORDER TO SEAL |

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG <br><br> Plaintiffs, <br><br> v. <br><br> WOCKHARDT USA LLC and WOCKHARDT LIMITED <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 12-03967 (SDW) (MCA) ) ) ) ) ) ) |

Upon Plaintiff Novartis Pharmaceutical Corporation's ("Novartis") application for the entry of an Order, pursuant to Local Civil Rule 5.3(c), providing for the sealing of the following, which were electronically filed under seal on February 21 and 27, and March 1, 2013:

(1)  Novartis's Opening Brief in Support of its Motion for a Temporary Restraining Order and a Preliminary Injunction;

(2)  The accompanying declarations of Drs. John Bilezikian, Allan Lipton, Horst Schran, Christine Meyer, Daniel Rush and Ms. Lisa Deschamps [D.E. 76-1; 76-5; 76-8; 76-6; 76-7; 76-3, respectively];

(3)  Exhibits 3, 4, 36, 37, 38, 39, 41, 43, 44, 46 and 47 attached to the Declaration of Rachel L. Weiner in support of Novartis's Opening Brief in Support of its Motion for a Temporary Restraining Order and a Preliminary Injunction [66-2; 6-3; 74-1; 74-2; 74-3; 74-5; 74-7; 74-8; 74-10; 74-11, respectively];

Case 2:13-cv-01028-SDW-MCA   Document 110-3   Filed 03/12/13   Page 3 of 4 PageID: 3495

(4)     Novartis's Reply Memorandum in Further Support of its Motion for a Temporary Restraining Order and a Preliminary Injunction [D.E. 78]; and

(5)     Exhibit D, Apotex's Paragraph IV Letter, to Novartis's Order to Show Cause Why Expedited Discovery Should Not be Granted [D.E. 1-12], (collectively, the "Subject Material").

The Court having considered the papers submitted in support of this Motion, *and no opposition having been submitted, and for good cause,* the Court hereby finds:

1.   The Subject Material contains confidential information, the public disclosure of which could affect legitimate business interests.

2.   Upon consideration of the papers submitted in support of this motion, and the materials sought to be sealed, the Court concludes that Novartis has met its burden under Local Civil Rule 5.3(c) and applicable case law, and that these materials should be sealed.

3.   Specifically, the Court concludes that the Subject Material contains confidential information concerning Novartis' (or Defendants') commercial information; Novartis (or Defendants) has a legitimate interest in maintaining the confidentiality of the Subject Material, because the confidential information in the Subject Material is commercially sensitive and if publicly disclosed could have significant commercial impact on Novartis (or Defendants); and there is no less restrictive alternative to the relief sought.

4.   Publicly redacted versions of the following materials will promptly be filed on ECF:

(i)   Novartis's Opening Brief in Support of its Motion for a Temporary Restraining Order and a Preliminary Injunction;

(ii)     The accompanying declarations of Drs. John Bilezikian, Allan Lipton, Horst Schran, Christine Meyer, Daniel Rush and Ms. Lisa Deschamps; and

(iii)    Novartis's Reply Memorandum in Further Support of its Motion for a Temporary Restraining Order and a Preliminary Injunction.

**THEREFORE**, it is on this ____ day of _____, 2013

**ORDERED** that Novartis' Motion to Seal is hereby GRANTED; and

**IT IS FURTHER ORDERED** that the Clerk is hereby directed to seal the Subject Material.

_____
Honorable Madeline Cox Arleo
United States Magistrate Judge