Martin Pavane, seeking *pro hac vice* admission
Julia Kim, seeking *pro hac vice* admission
Marilyn Neiman
Andrew Nemiroff
Cozen O'Connor
277 Park Avenue
New York, NY 10172
Telephone: (212) 883-4900
Facsimile: (212) 986-0604

*Attorneys for Defendants*
*Sagent Pharmaceuticals, Inc. and*
*ACS Dobfar Info S.A.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD., <br><br> Defendants. | Civ. Action No. 13-1028 (SDW) (MCA) <br><br> (Filed Electronically) <br><br> **ORDER** |

**THIS MATTER** having coming before the Court by COZEN O'CONNOR, attorneys for Defendants Sagent Pharmaceuticals, Inc. and ACS Dobfar Info S.A. (collectively, "Sagent"), for the entry of an Order filing documents under seal pursuant to Local Civil Rule 5.3(c), *and no opposition having been submitted & for good cause;*

IT IS on this ___ day of _____, 2013,

**ORDERED** that:

Sagent's Opposition to Novartis' Opening Brief in Support of Its Motion For a Temporary Restraining Order and a Preliminary Injunction;

Declaration of Marilyn Neiman in Opposition to Novartis' Motion For a Temporary Restraining Order and a Preliminary Injunction;

Declaration of Thomas Moutvic in Opposition to Novartis' Motion For a Temporary Restraining Order and a Preliminary Injunction; and

Declaration of Victoria A. Wohlfeil, Esq. in Opposition to Novartis' Motion For a Temporary Restraining Order and a Preliminary Injunction;

contain proprietary, commercial, private and/or other confidential information, and shall be sealed pursuant to L. Civ. R. 5.3(c).

_____
Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court