Anthony J. Laura, Esq.
**PATTON BOGGS LLP**
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
973.848.5600
Attorneys for Defendants
Emcure Pharmaceuticals USA, Inc. and
Emcure Pharmaceuticals, Ltd.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ACTAVIS LLC; APOTEX, INC.; APOTEX CORP.; GLAND PHARMA, LTD.; DR. REDDY'S LABORATORIES INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 13-01028 (SDW) |
| Defendants. | ) ) |

## APPLICATION AND ORDER FOR A
## FOURTEEN DAY CLERK'S EXTENSION
## PURSUANT TO LOCAL CIVIL RULE 6.1(b)

Pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey, the undersigned hereby respectfully makes the within application on behalf of Defendants Emcure Pharmaceuticals USA, Inc. and Emcure Pharmaceuticals, Ltd. (hereinafter

1

"Emcure Defendants") for a Clerk's Order extending time within which the Emcure Defendants may answer, move against, or otherwise respond to the Amended Complaint filed by Novartis Pharmaceuticals Corp. ("Novartis"), and as grounds states as follows:

1. No other extensions have been previously obtained by the Emcure Defendants;

2. Novartis electronically filed its Amended Complaint on March 15, 2013; and

3. The deadline for responding to the Amended Complaint is March 29, 2013, and is to be extended by this order for 14 days, to and including April 12, 2013.

Dated: March 27, 2013                                   PATTON BOGGS LLP


                                                        By:    /s/ *Anthony J. Laura*
                                                               Anthony J. Laura
                                                        Attorneys for Defendants
                                                        Emcure Pharmaceuticals USA, Inc. and
                                                        Emcure Pharmaceuticals, Ltd.

## ORDER

The above application is ORDERED GRANTED and the time within which the Emcure Defendants shall answer, move against or otherwise respond to the Complaint is extended to April 12, 2013.

ORDER DATED: _____

                                                        WILLIAM T. WALSH, Clerk


                                                        By:_____
                                                               Deputy Clerk