Steven J. Lee
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050

*Counsel for Defendants*
*Sun Pharma Global FZE*
*Sun Pharmaceutical Industries Ltd.*
*Caraco Pharmaceutical Laboratories Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD. DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA, LLC; and WOCKHARDT LTD.,<br><br>Defendants. | Civil Action No. 13-1028 (SDW)(MCA)<br><br>**APPLICATION**<br>**UNDER L. CIV. R. 6.1(b)**<br>**TO EXTEND TIME TO ANSWER** |

Defendants Sun Pharma Global FZE, Sun Pharmaceutical Industries Ltd., and Caraco Pharmaceutical Laboratories, Ltd. (collectively, "Sun"), by and through their counsel, hereby apply for an order, under Local Civil Rule 6.1(b), extending by 14 days Sun's time to answer,

NY01 2536959

1

move, or otherwise respond to plaintiff's amended complaint (D.I. 128).  In support of this

application, Sun represents that:

1. Sun has not previously obtained an extension to respond to plaintiff's amended complaint;

2. Service of process of plaintiff's amended complaint was effected no earlier than March 15, 2013;

3. Without an extension, Sun's time to answer, move, or otherwise reply expires on or before April 1, 2013.

Dated: March 27, 2013                    Respectfully submitted,

                                                   s/ Steven J. Lee
Steven J. Lee
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
Phone (212) 425-7200
Fax (212) 425-5288

*Of Counsel:*
Robert V. Cerwinski
Thomas F. Lavery, IV
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
Phone (212) 425-7200
Fax (212) 425-5288

*Counsel for Defendants
Sun Pharma Global FZE
Sun Pharmaceutical Industries Ltd.
Caraco Pharmaceutical Laboratories Ltd.*

## **ORDER**

The above application is ORDERED GRANTED: Sun has until April 15, 2013 to answer, move, or otherwise respond to plaintiff's amended complaint.

ORDER DATED March ____, 2013

                                                   _____
CLERK OF THE UNITED STATES
   DISTRICT COURT, D.N.J.

NY01 2536959