**FLASTER/GREENBERG P.C.**
By:  Jeffrey A. Cohen
Commerce Center
1810 Chapel Avenue West
Cherry Hill, New Jersey 08002
Phone:  (856)661-1900
*Attorney for Defendants Apotex Inc. and Apotex Corp.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>*Defendants.* | Civil Action No. 13-1028 (SDW) |

**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE
REPLY, PURSUANT TO LOCAL CIVIL RULE 6.1(b)**

Application is hereby made pursuant to L. Civ. R. 6.1(b) for a Clerk's Order extending the time within which Defendants Apotex Corp. and Apotex Inc. may answer, move or otherwise reply to the Amended Complaint filed by Plaintiff, and it is hereby represented that:

1. No previous extension has been obtained.

    2.    On March 15, 2013, Defendants Apotex Corp. and Apotex Inc. were served with a copy of Plaintiff's Amended Complaint.

    3.    The time to answer, move or otherwise reply currently expires on March 29, 2013.

    4.    Defendants Apotex Corp. and Apotex Inc. respectfully request an automatic 14 day extension of the time in which to answer, move or otherwise reply to Plaintiff's Amended Complaint.

           **FLASTER/GREENBERG P.C.**
           **Attorneys for Defendants, Apotex Corp. and Apotex Inc.**

           By: /s/ *Jeffrey A. Cohen*
           Jeffrey A. Cohen, Esquire

DATED: March 27, 2013

## ORDER

The above application for an extension to answer, move or otherwise reply is ORDERED GRANTED. The time in which Defendants Apotex Corp. and Apotex Inc. may answer, move or otherwise reply is extended to April 12, 2013.

ORDER DATED: March __, 2013

           _____
           Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2013, Defendants Apotex Corp. and Apotex Inc. through its attorneys, caused a true and correct copy of the foregoing application for extension of time to answer, move or otherwise reply, pursuant to local civil rule 6.1(b) via ECF on all parties.

*/s/ Jeffrey A. Cohen*
Jeffrey A. Cohen, Esquire
Flaster/Greenberg, P.C.
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900
(856) 661-1919
***Attorneys for Defendants,***
***Apotex Corp. and Apotex Inc.***