FOX ROTHSCHILD LLP
Karen A. Confoy
997 Lenox Drive, Bldg 3
Lawrenceville, New Jersey 08648
(609) 844-3033 (Telephone)/(609) 896-1469 (Facsimile)
kconfoy@foxrothschild.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
Jay R. Deshmukh
William R. Zimmerman (Admitted Pro Hac Vice)
1717 Pennsylvania Avenue, Suite 900
Washington, DC 20006
(202) 640-6400 (Telephone)/(202) 640-6401 (Facsimile)
jay.deshmukh@knobbe.com
bill.zimmerman@knobbe.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
Thomas P. Krzeminski (Pro Hac Vice pending)
William O. Adams (Pro Hac Vice pending)
Karen M. Cassidy (Pro Hac Vice pending)
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404 (Telephone)/(949) 760-9502 (Facsimile)
tpk@knobbe.com
william.adams@knobbe.com
karen.cassidy@knobbe.com

*Attorneys for Defendants Wockhardt USA LLC and Wockhardt Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) |
| Plaintiff, | ) **DOCUMENT** ) **ELECTRONICALLY FILED** ) |
| v. | ) Civil Action No. 13-cv-1028-SDW-MCA ) |
| ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, | ) ) ) ) ) ) ) ) |

| | |
|---|---|
| INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD. | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANTS WOCKHARDT USA LLC AND WOCKHARDT LTD.'S NOTICE OF MOTION TO DISMISS COUNT II OF THE CORRECTED AMENDED COMPLAINT

To:   William J. O'Shaughnessy
      McCarter & English, LLP
      Four Gateway Center
      100 Mulberry Street
      Newark, NJ  07101-0652

Please take notice that on May 6, 2013, the undersigned counsel for Defendants Wockhardt USA LLC and Wockhardt Ltd. (collectively, "Wockhardt"), shall move before the Honorable Susan D. Wigenton, U.S.D.J., at the United States District Court. M. L. King, Jr. Federal Building & U. S. Courthouse, 50 Walnut Street, Newark, New Jersey  07102, pursuant to Fed. R. Civ. P. 12(b)(6), for entry of an Order dismissing Count II of the Corrected Amended Complaint.  The grounds for this Motion are set forth in the accompanying Memorandum filed herewith.  A proposed Order is also filed herewith.

Oral argument is requested.

Dated: March 27, 2013						**FOX ROTHSCHILD LLP**

					By:   /s/ Karen A. Confoy
						Karen A. Confoy
						kconfoy@foxrothschild.com

					Attorneys for Defendants
					Wockhardt USA, LLC and
					Wockhardt Limited

Of Counsel:

Jay R. Deshmukh
William R Zimmerman (Admitted Pro Hac Vice)
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue, Suite 900
Washington, DC 20006
(202) 640-6400
(202) 640-6401 (Facsimile)
jay.deshmukh@knobbe.com
bill.zimmerman@knobbe.com

Thomas P. Krzeminski (Pro Hac Vice pending)
William O. Adams (Pro Hac Vice pending)
Karen M. Cassidy (Pro Hac Vice pending)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404
(949) 760-9502 (Facsimile)
thomas.krzeminski@knobbe.com
william.adams@knobbe.com
karen.cassidy@knobbe.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2013, the foregoing Defendants Wockhardt USA LLC and Wockhardt Ltd.'s Notice of Motion to Dismiss Count II of the Corrected Amended Complaint; Wockhardt USA LLC and Wockhardt Ltd.'s Memorandum of Law in Support of their Motion to Dismiss Count II of the Corrected Amended Complaint; Declaration of Karen A. Confoy and accompanying exhibits; and Proposed Order were filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Karen A. Confoy