FOX ROTHSCHILD LLP
Karen A. Confoy
997 Lenox Drive, Bldg 3
Lawrenceville, New Jersey 08648
(609) 844-3033 (Telephone)/(609) 896-1469 (Facsimile)
kconfoy@foxrothschild.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
Jay R. Deshmukh
William R. Zimmerman (Admitted Pro Hac Vice)
1717 Pennsylvania Avenue, Suite 900
Washington, DC 20006
(202) 640-6400 (Telephone)/(202) 640-6401 (Facsimile)
jay.deshmukh@knobbe.com
bill.zimmerman@knobbe.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
Thomas P. Krzeminski (Pro Hac Vice pending)
William O. Adams (Pro Hac Vice pending)
Karen M. Cassidy (Pro Hac Vice pending)
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404 (Telephone)/(949) 760-9502 (Facsimile)
tpk@knobbe.com
william.adams@knobbe.com
karen.cassidy@knobbe.com

*Attorneys for Defendants Wockhardt USA LLC and Wockhardt Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, )<br>)<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>ACTAVIS LLC; APOTEX, INC.;    )<br>APOTEX, CORP.; GLAND PHARMA    )<br>LTD.; DR. REDDY'S LABORATORIES,    )<br>INC.; DR. REDDY'S LABORATORIES    )<br>LTD.; EMCURE PHARMACEUTICALS    )<br>USA, INC.; EMCURE    )<br>PHARMACEUTICALS, LTD; HOSPIRA,   ) | **DOCUMENT ELECTRONICALLY FILED**<br><br>Civil Action No. 13-cv-1028-SDW-MCA |

| | |
|---|---|
| INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF KAREN A. CONFOY IN SUPPORT OF WOCKHARDT USA LLC AND WOCKHARDT LTD.'S MOTION TO DISMISS COUNT II OF THE CORRECTED AMENDED COMPLAINT

I, KAREN A. CONFOY, hereby declare as follows:

1. I am counsel for Defendants Wockhardt USA LLC and Wockhardt Limited (collectively "Wockhardt") in the above-captioned action and in Civil Action No. 12-3967 (SDW/MCA). I submit this declaration in support of Wockhardt's Motion to Dismiss Count II of the Corrected Amended Complaint.

2. I am an attorney at law admitted to practice before the United States District Court for the District of New Jersey. I am a partner at Fox Rothschild, LLP. Unless otherwise stated, the facts set forth in this declaration are true and of my own personal knowledge, and, if called upon to do so, I could and would testify competently to them.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Novartis Corp., Novartis Pharmaceuticals Corp., and Novartis AG's Disclosure of Asserted Claims in Civil Action No. 12-3967 (SDW/MCA), served on October 12, 2012.

- 1 -

- 2 -

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Order Denying Plaintiffs' Motion for Leave to Amend Responses to Defendants' Invalidity Contentions in *Astrazeneca AB v. Dr. Reddy's Labs Inc.*, C.A. No. 11-2317-JAP-DEA (D.N.J. Mar. 18, 2013).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 27, 2013                    /s/ Karen A. Confoy
                                         Karen A. Confoy
                                         kconfoy@foxrothschild.com

                                         Counsel for Wockhardt USA LLC and
                                         Wockhardt Limited