| | |
|---|---|
| William J. O'Shaughnessy<br>MCCARTER & ENGLISH LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>(973) 639-2094<br>woshaughnessy@mccarter.com<br><br>*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG* | OF COUNSEL:<br><br>Robert J. Gunther, Jr.<br>Jane M. Love<br>Sadaf R. Abdullah<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800<br><br>Lisa J. Pirozzolo<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG<br><br>    Plaintiffs,<br><br>    v.<br><br>WOCKHARDT USA LLC and WOCKHARDT LIMITED<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:12-cv-03967-SDW-MCA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' DISCLOSURE OF ASSERTED CLAIMS PURSUANT TO**
<u>**NEW JERSEY LOCAL PATENT RULE 3.6(b)**</u>

Pursuant to Local Patent Rule 3.6(b), Plaintiffs Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG (collectively, "Plaintiffs"), provide the following Disclosure of Asserted Claims relating to United States Patent No. 7,932,241 (the "'241 patent").

This disclosure is based on the information presently available to Plaintiffs. Plaintiffs reserve the right to supplement or amend this disclosure in accordance with the Federal Rules of Civil Procedure and the Local Rules as they obtain additional information. Plaintiffs assert that, at this time, and based upon the information contained in Defendants' ANDA Nos. 203070 and 203989, Defendants have infringed, continue to infringe, and/or will infringe claims 1, 2, 3, 4, 8, 9, 11, 21, 22, 23, 24, and 25 of the '241 patent.

Plaintiffs reserve the right to revise and or supplement this disclosure as discovery progresses and Plaintiffs' investigation continues, and as more information becomes available.

Dated: October 12, 2012

                         __/s/ Sadaf R. Abdullah_____
                         William J. O'Shaughnessy
                         MCCARTER & ENGLISH LLP
                         Four Gateway Center
                         100 Mulberry Street
                         Newark, NJ 07102
                         (973) 639-2094
                         woshaughnessy@mccarter.com

*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG*

OF COUNSEL:

Robert J. Gunther, Jr.
Jane M. Love
Sadaf R. Abdullah
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
robert.gunther@wilmerhale.com
jane.love@wilmerhale.com
sadaf.abdullah@wilmerhale.com

Lisa J. Pirozzolo
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
lisa.pirozzolo@wilmerhale.com

*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served via electronic mail and U.S. Mail with a copy of the foregoing Plaintiffs' Disclosure of Asserted Claims Pursuant to New Jersey Local Patent Rule 3.6(b) on October 12, 2012.

*/s/ Sadaf R. Abdullah*
Sadaf R. Abdullah