FOX ROTHSCHILD LLP
Karen A. Confoy
997 Lenox Drive, Bldg 3
Lawrenceville, New Jersey 08648
(609) 844-3033 (Telephone)/(609) 896-1469 (Facsimile)
kconfoy@foxrothschild.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
Jay R. Deshmukh
William R. Zimmerman (Admitted Pro Hac Vice)
1717 Pennsylvania Avenue, Suite 900
Washington, DC 20006
(202) 640-6400 (Telephone)/(202) 640-6401 (Facsimile)
jay.deshmukh@knobbe.com
bill.zimmerman@knobbe.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
Thomas P. Krzeminski (Pro Hac Vice pending)
William O. Adams (Pro Hac Vice pending)
Karen M. Cassidy (Pro Hac Vice pending)
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404 (Telephone)/(949) 760-9502 (Facsimile)
tpk@knobbe.com
william.adams@knobbe.com
karen.cassidy@knobbe.com

*Attorneys for Defendants Wockhardt USA LLC and Wockhardt Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) |
| Plaintiff, | ) **DOCUMENT** ) **ELECTRONICALLY FILED** ) |
| v. | ) Civil Action No. 13-cv-1028-SDW-MCA ) |
| ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, | ) ) ) ) ) ) ) ) |

-2-

| | |
|---|---|
| INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPLICATION AND ORDER FOR A FOURTEEN DAY CLERK'S EXTENSION PURSUANT TO LOCAL CIVIL RULE 6.1(b)

Pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey, the undersigned hereby respectfully makes the within application on behalf of Defendants Wockhardt USA LLC and Wockhardt Ltd. (hereinafter "Wockhardt") for a Clerk's Order extending time within which Wockhardt may answer, move against, or otherwise respond to the Amended Complaint filed by Novartis Pharmaceuticals Corp. ("Novartis"), and as grounds states as follows:

1. No other extensions have been previously obtained by Wockhardt;

2. Novartis electronically filed its Amended Complaint on March 15, 2013; and

3. The deadline for responding to the Amended Complaint is March 29, 2013, and is to be extended by this order for 14 days, to and including April 12, 2013.

Dated:  March 27, 2013                                    **FOX ROTHSCHILD LLP**

                                                          By:     /s/ Karen A. Confoy
                                                                 Karen A. Confoy
                                                                 kconfoy@foxrothschild.com

                                                     Attorneys for Defendants
                                                     Wockhardt USA, LLC and
                                                   Wockhardt Limited

## ORDER

The above application is ORDERED GRANTED and the time within which Wockhardt shall answer, move against or otherwise respond to the Amended Complaint is extended to April 12, 2013.

Dated: _____

                                                    WILLIAM T. WALSH, Clerk

                                                   By: _____
                                                            Deputy Clerk