Gregory D. Miller
Nancy A. Del Pizzo
Sarah C. Mitchell
PODVEY, MEANOR, CATENACCI, HILDNER,
COCOZIELLO & CHATTMAN,
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102
(973) 632-1000

Brian Sodikoff
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
(312) 902-5200

*Attorneys for Defendants Strides, Inc.
and Agila Specialties Private Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                         Plaintiff,<br><br>  v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA, LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHAMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTIAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>                        Defendants. | Civil Action No. 2:13-cv-1028 (SDW) (MCA)<br><br>**NOTICE OF APPEARANCE** |

The undersigned, Sarah C. Mitchell, hereby enters her appearance as counsel of record for defendants Strides, Inc. and Agila Specialties Private Ltd. in the above-captioned action.

Dated: April 1, 2013

    *s/ Sarah C. Mitchell*
Sarah C. Mitchell
PODVEY, MEANOR, CATENACCI, HILDNER,
COCOZIELLO & CHATTMAN,
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102
(973) 623-1000
smitchell@podvey.com