FOX ROTHSCHILD LLP
Karen A. Confoy, Esq.
Christopher R. Kinkade, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building. 3
Lawrenceville, NJ 08648-2311
Telephone:  (609) 896-3600
Facsimile:  (609) 896-1469

KNOBBE, MARTENS, OLSON & BEAR, LLP
Jay R. Deshmukh , Esq.
William R. Zimmerman, Esq. (Admitted Pro Hac Vice)
1717 Pennsylvania Avenue, Suite 900
Washington, DC 20006
Telephone:  (202) 640-6400
Facsimile:   (202) 640-6401

KNOBBE, MARTENS, OLSON & BEAR, LLP
Thomas P. Krzeminski, Esq. (Pro Hac Vice pending)
William O. Adams, Esq. (Pro Hac Vice pending)
Karen M. Cassidy, Esq. (Pro Hac Vice pending)
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502

*Attorneys for Defendants Wockhardt USA LLC and Wockhardt Ltd.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) | Civil Action No. 2:13-cv-01028-SDW-MCA |
| Plaintiff, | ) ) ) | **NOTICE OF APPEARANCE** <br> **CHRISTOPHER R. KINKADE, ESQ.** |
| v. | ) ) | **(Document filed Electronically)** |
| ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS | ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To:   The Honorable Clerk of Court and All Counsel of Record

**PLEASE TAKE NOTICE** that I, Christopher R. Kinkade of Fox Rothschild LLP, am admitted or otherwise authorized to practice in this Court, hereby enter my appearance in this case as counsel for Defendants Wockhardt USA, LLC and Wockhardt Limited and respectfully request that copies of all papers and electronic notices in this action be served upon me at ckinkade@foxrothschild.com.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 4, 2012　　　　　　　　 s/ Christopher R. Kinkade
　　　　　　　　　　　　　　　　　　Christopher R. Kinkade
　　　　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP
　　　　　　　　　　　　　　　　　　Princeton Pike Corporate Center
　　　　　　　　　　　　　　　　　　997 Lenox Drive, Bldg. 3
　　　　　　　　　　　　　　　　　　Lawrenceville, NJ 08648-2311
　　　　　　　　　　　　　　　　　　Telephone:  (609) 896-3600
　　　　　　　　　　　　　　　　　　Facsimile:   (609) 896-1469
　　　　　　　　　　　　　　　　　　Email: ckinkade@foxrothschild.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2013, I served a true and correct copy of this NOTICE OF APPEARANCE via ECF upon Counsel of Record.

        s/ Christopher R. Kinkade
        Christopher R. Kinkade
        FOX ROTHSCHILD LLP
        Princeton Pike Corporate Center
        997 Lenox Drive, Building 3
        Lawrenceville, New Jersey  08658-2311
        Telephone:  (609) 896-3600
        Facsimile:   (609) 896-1469
        Email: ckinkade@foxrothschild.com

*Attorneys for Defendants Wockhardt USA LLC and Wockhardt Ltd.*