UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>*Defendants.* | Civil Action No. 13-1028 (SDW) |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150, pursuant to L.Civ.R.101.1 (c)(3) was paid to the Clerk of the Court on April 4, 2013.

              **FLASTER/GREENBERG P.C.**

              s/ *Jeffrey A. Cohen*
               Jeffrey A. Cohen, Esquire
               Commerce Center
               1810 Chapel Avenue West
               Cherry Hill, New Jersey 08002
               Telephone: (856) 661-1900
               Facsimile: (856) 661-1919
               Email: jeff.cohen@flastergreenberg.com
               *Attorney for Defendants Apotex Inc. and Apotex Corp.*

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Daniel R. Cherry, Esquire |
| | Husch Blackwell, LLP |
| Address: | 120 South Riverside Plaza |
| | Chicago, IL 60606 |
| | |
| Email: | dan.cherry@huschblackwell.com |

## CERTIFICATE OF SERVICE

   I hereby certify that on April 4, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

             Respectfully submitted,

             **FLASTER/GREENBERG P.C.**

             s/ *Jeffrey A. Cohen*
              Jeffrey A. Cohen, Esquire
              Commerce Center
              1810 Chapel Avenue West
              Cherry Hill, New Jersey 08002
              Telephone:   (856) 661-1900
              Facsimile:    (856) 661-1919
              Email: jeff.cohen@flastergreenberg.com
             *Attorney for Defendants Apotex Corp. and Apotex Inc.*