**FOX ROTHSCHILD LLP**
*Formed in the Commonwealth of Pennsylvania*
By: Karen A. Confoy, Esq.
 Thomas Cunniff, Esq.
 Christopher R. Kinkade, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building. 3
Lawrenceville, NJ 08648-2311
Telephone: (609) 896-3600
Facsimile: (609) 896-1469
*Attorneys for Defendants Wockhardt USA LLC and Wockhardt Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INCO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC and WOCKHARDT LTD.,<br><br>Defendants. | Civil Action No. 2:13-cv-01028-SDW-MCA<br><br>**NOTICE OF APPEARANCE**<br><br>**(Document filed Electronically)** |

To: William T. Walsh, Clerk of Court
 United States District Court for the District of New Jersey
 Martin Luther King Building & U.S. Courthouse
 50 Walnut Street Room 4015
 Newark, NJ 07101

Please enter the appearance of Thomas A. Cunniff, Esq. of Fox Rothschild LLP in the above-captioned matter on behalf of Defendants Wockhardt USA LLC and Wockhardt Ltd.

**FOX ROTHSCHILD LLP**
Attorneys for Defendant Wockhardt USA LLC and Wockhardt Ltd.

By: _____s/Thomas A. Cunniff_____
       THOMAS A. CUNNIFF

Dated: April 5, 2013

## CERTIFICATION OF SERVICE

I, Thomas A. Cunniff, Esq., hereby certify that I caused one copy of the foregoing Notice of Appearance to be electronically filed as follows:

https://ecf.njd.uscourts.gov/cgi-bin/login.pl

An email containing a link to a PDF version of the foregoing will be served electronically through the electronic filing system to all counsel of record at an email address on file with the Court.

Dated: April 5, 2013
        s/ Thomas A. Cunniff
        Thomas A. Cunniff
        FOX ROTHSCHILD LLP
        Princeton Pike Corporate Center
        997 Lenox Drive, Building Three
        Lawrenceville, NJ 08648-2311