Anthony J. Laura, Esq.
**PATTON BOGGS LLP**
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
973.848.5600
Attorneys for Defendants
Emcure Pharmaceuticals USA, Inc. and
Emcure Pharmaceuticals, Ltd.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX CORP.; GLAND PHARMA, LTD.; DR. REDDY'S LABORATORIES INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>　　　　　　Defendants. | Civil Action No. 13-1028 (SDW) |

## STIPULATION AND ORDER EXTENDING TIME

　　WHEREAS, Defendants Emcure Pharmaceuticals USA, Inc. and Emcure Pharmaceuticals, Ltd. ("Emcure Defendants") have requested an extension of time, and

　　WHEREAS, Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") has consented

1

4831-0724-0979.1.

to the Emcure Defendants' request,

IT IS HEREBY STIPULATED AND AGREED between Novartis and the Emcure Defendants, by their undersigned counsel, subject to the approval of the Court, to extend the time for the Emcure Defendants to answer, move against or otherwise respond to Novartis' Corrected Amended Complaint (D.I. 134) to April 25, 2013.

| **MCCARTER & ENGLISH LLP** | **PATTON BOGGS LLP** |
|---|---|
| By: *s/ William J. O'Shaughnessy* <br> William J. O'Shaughnessy <br> Four Gateway <br> 100 Mulberry Street <br> Newark, New Jersey 07102 <br> (973) 622-4444 <br> Attorneys for <br> Novartis Pharmaceuticals Corp. | By: *s/ Anthony J. Laura* <br> Anthony J. Laura <br> The Legal Center <br> One Riverfront Plaza <br> Newark, New Jersey 07102 <br> (973) 848-5600 <br> Attorneys for Emcure Pharmaceuticals USA, Inc. <br> and Emcure Pharmaceuticals, Ltd. |
| OF COUNSEL: | OF COUNSEL: |
| Robert L. Gunther, Jr. <br> Jane M. Love, Ph.D <br> Robert Trenchard <br> Martin E. Gilmore <br> **WILMER CUTLER PICKERING HALE AND DOOR LLP** <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, New York 10007 | Barry S. White <br> John G. Taylor <br> Andrew Wasson <br> Julie E. Kurzrok <br> **FROMMER LAWRENCE & HAUG LLP** <br> 745 Fifth Avenue <br> New York, New York 10151 <br> Attorneys for Emcure Pharmaceuticals USA, Inc. <br> and Emcure Pharmaceuticals, Ltd. |

Lisa J. Pirozzolo
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, Massachusetts 02109

Rachel L. Weiner
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006

Attorneys for Novartis Pharmaceuticals Corporation

**SO ORDERED** this 8 day of April 2013.

_____
Hon. Madeline Cox Arleo, U.S.M.J.