UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>　　　　　　Defendants. | Civ. Action No. 13-1028 (SDW) (MCA)<br><br>(Filed Electronically)<br><br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

　　　　Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

　　　　1.　　An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

　　　　2.　　The Admission Fee, in the amount of $150, pursuant to L.Civ.R.101.1 (c)(3) was paid to the Clerk of the Court on March 28, 2013.

　　　　　　　　　　　　　　　　　　　　**COZEN O'CONNOR**

　　　　　　　　　　　　　　　　　　　　*s/ Marilyn Neiman*
　　　　　　　　　　　　　　　　　　　　Marilyn Neiman, Esq.
　　　　　　　　　　　　　　　　　　　　277 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10172
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 883-4985
　　　　　　　　　　　　　　　　　　　　Facsimile:  (646) 588-1476
　　　　　　　　　　　　　　　　　　　　mneiman@cozen.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Sagent Pharmaceuticals, Inc. and ACS Dobfar Info S.A.*

PRO HAC VICE ATTORNEY INFORMATION:

Name:        Julia Kim, Esq.

Address:     Cozen O'Connor

             277 Park Avenue

             New York, NY 10172

Email:       jkim@cozen.com

**CERTIFICATE OF SERVICE**

      I, Marilyn Neiman, hereby certify that on April 10, 2013, I caused a true and correct copy of the foregoing REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION to be filed with the Court and served upon all counsel of record via ECF.

                                                          *s/ Marilyn Neiman*
                                                            Marilyn Neiman