WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

*Attorneys for Defendant Hospira, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | Honorable Susan D. Wigenton, U.S.D.J. |
|  | Civil Action No. 13 CV 1028 (SDW)(MCA) |
| Plaintiff, |  |
| v. |  |
| ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD, | **REQUEST FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |
| Defendants. |  |

Request is hereby made for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

WINSTON & STRAWN LLP
*Attorneys for Defendant Hospira, Inc.*

By:    s/ Melissa Steedle Bogad
Melissa Steedle Bogad
mbogad@winston.com

Dated: April 18, 2013

PRO HAC VICE ATTORNEY INFORMATION:

Name:   Stephen R. Smerek

Address:   WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, California 90071

e-Mail:   ssmerek@winston.com