

April 18, 2013

**VIA ECF**

Clerk of the Court
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

William J. O'Shaughnessy
Partner
T. 973.639.2094
F. 973.297.3722
woshaughnessy@mccarter.com

**Re:** *Novartis Pharmaceuticals Corp. v. Actavis LLC, et al.*,
Civil Action No. 2:13-cv-01028-SDW-MCA

Dear Sir or Madam:

We along with WilmerHale represent Plaintiff Novartis Pharmaceuticals Corporation ("Novartis"). We write pursuant to L. Civ. R. 7.1(d)(5), to invoke Novartis's right to an automatic adjournment of the return date for Defendant Wockhardt's Motion to Dismiss Count II of the Corrected Amended Complaint [D.E. 146].

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

The Motion is currently returnable before the Honorable Susan D. Wigenton on May 6, 2013, and with the automatic extension of time will now be returnable on May 20, 2013. Novartis's opposition papers will be filed and served on or before May 6, 2013.

Thank you for your assistance in this matter.

Respectfully,

*s/William J. O'Shaughnessy*

BOSTON

HARTFORD

William J. O'Shaughnessy

NEW YORK

cc: Counsel of Record (via ECF)

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 15479436v.1