WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

*Attorneys for Defendant Hospira, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | Honorable Susan D. Wigenton, U.S.D.J. |
| | Civil Action No. 13 CV 1028 (SDW)(MCA) |
| Plaintiff, | |
| v. | |
| ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; BEDFORD LABORATORIES; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMACEUTICALS INDUSTRIES, INC.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; TEVA PARENTERAL MEDICINES, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD, | **DEFENDANT HOSPIRA, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |
| Defendants. | |

  The undersigned counsel for Hospira Inc., certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

            WINSTON & STRAWN LLP
            Attorneys for Defendant
            Hospira, Inc..

            By: s/ Melissa Steedle Bogad
              James S. Richter
              jrichter@winston.com
              Melissa Steedle Bogad
              mbogad@winston.com

Dated:  April 18, 2013

**OF COUNSEL:**
James F. Hurst
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601

Gail J. Standish
Stephen Smerek
Peter E. Perkowski
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA  90071

Jovial Wong
Eric M. Goldstein
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006

## CERTIFICATION OF SERVICE

I hereby certify that on April 18, 2013, copies of Defendant Hospira Inc.'s Rule 7.1 Disclosure Statement was electronically filed and served by ECF upon all counsel of record in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                                   s/ Melissa Steedle Bogad
                                                                   Melissa Steedle Bogad
                                                                   mbogad@winston.com

Dated: April 18, 2013