**FLASTER/GREENBERG P.C.**
By: Jeffrey A. Cohen
Commerce Center
1810 Chapel Avenue West
Cherry Hill, New Jersey 08002
Phone: (856)661-1900
*Attorney for Defendants, Apotex Inc., Apotex, Corp. & Gland Pharma Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.;EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.;SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.;WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>*Defendants.* | Civil Action No. 13-1028 (SDW)(MCA) |

**CONSENT ORDER FOR THE PRO HAC VICE ADMISSION OF
JAMES P. WHITE ESQUIRE**

THIS MATTER having been opened to the Court by consent of the parties for the *pro hac vice* admission of James P. White as co-counsel for the Defendants Apotex Inc., Apotex Corp. and Gland Pharma Ltd. ("Defendants") and for good cause shown;

IT IS on this 18th day of April, 2013, hereby

**ORDERED** that James P. White, an attorney admitted to practice in the State of Illinois in 1974 and the State of Massachusetts in 1973 and in good standing from the time of his initial admission through the present, is hereby authorized by this Court to appear *pro hac* vice so that he may act as co-counsel for the Defendants in the within matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Jeffrey A. Cohen, Esquire, a member in good standing with the Bar of the Superior Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(2), James P. White shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-3; and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of the Order to the Treasurer of the New Jersey Fund for Client Protection, and it is further

**ORDERED** that pursuant to L. Civ. R. 101.1(c)(3), James P. White shall make a payment of $150.00 payable to the Clerk, United States District Court; and it is further

**ORDERED** that James P. White is admitted pro hac vice to represent Apotex, Inc., Apotex, Corp. and Gland Pharma Ltd. and shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of

Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>.

We hereby consent to the form and entry of the foregoing Order:

| | |
|---|---|
| **FLASTER/GREENBERG P.C.**<br>*Attorneys for Defendants Apotex, Inc.*<br>*and Apotex Corporation* | *McCARTER ENGLISH*<br>*Attorneys for Plaintiff*<br>*Novartis Pharmaceuticals Corporation* |
| By: <u>s/ Jeffrey A. Cohen</u><br>     Jeffrey A. Cohen, Esquire | By:   <u>/s/ William J. O'Shaughnessy</u><br>       William J. O'Shaughnessy, Esquire |
| Dated:  April 16, 2013 | Dated: April 16, 2013 |

So Ordered:

_____
Hon. Madeline Arleo, U.S.M.J.

3