**FLASTER/GREENBERG P.C.**
By: Jeffrey A. Cohen
Commerce Center
1810 Chapel Avenue West
Cherry Hill, New Jersey 08002
Phone: (856)661-1900
*Attorney for Defendant, Apotex, Inc., Apotex Corp. and Gland Pharma Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; PHARMAFORCE, INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>*Defendants.* | Civil Action No. 13-1028 (SDW)(MCA) |

**ORDER FOR THE PRO HAC VICE ADMISSIONS OF
SHERRY L. ROLLO, STEVEN E. FELDMAN, DANIEL R. CHERRY AND PHILIP D.
SEGREST, ESQUIRE**

**THIS MATTER** having been opened to the Court by consent of the parties for the *pro hac vice* admissions of Sherry L. Rollo, Steven E. Feldman, Daniel R. Cherry and Philip D. Segrest as co-counsel for the Defendant, Gland Pharma Ltd. ("Gland") and for good cause shown;

IT IS on this 18th day of April, 2013, hereby

**ORDERED** that Jeffrey A. Cohen, Esquire of Flaster Greenberg, P.C, a member of good standing in the bar of the State of New Jersey will continue to be responsible for the conduct of the attorneys admitted *pro hac vice* and be present for all hearings before the Court, unless expressly excused by the Court. All pleadings, briefs and other papers filed with the Court shall continue to bear Mr. Cohen's signature, or the signature of a member of Flaster Greenberg, P.C.

**ORDERED** that Jeffrey A. Cohen, Esquire will continue to function as counsel for Defendant Gland accepting all responsibilities and obligations under L.Civ.R.101(c)(1)(2) and as otherwise ordered by this Court in the representation of Defendant in this matter.

**ORDERED** that pursuant to L. Civ. R. 101.1(c)(3), Sherry L. Rollo, Steven E. Feldman, Daniel R. Cherry and Philip D. Segrest shall make a payment of $150.00 payable to the Clerk, United States District Court; and it is further

**ORDERED** that Sherry L. Rollo, Steven E. Feldman, Daniel R. Cherry and Philip D. Segrest are admitted pro hac vice to represent Gland Pharma Ltd. and shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>.

We hereby consent to the form and entry of the foregoing Order:

| | |
|---|---|
| FLASTER/GREENBERG P.C. *Attorneys for Defendants* | McCARTER ENGLISH *Attorneys for Plaintiff* |
| By: /s/ *Jeffrey A. Cohen* Jeffrey A. Cohen, Esquire | By: /s/ *William J. O'Shaughnessy* William J. O'Shaughnessy, Esquire |
| Dated: April 15, 2013 | Dated: April 15, 2013 |

So Ordered:

_____
Hon. Madeline Arleo, U.S.M.J.