**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, AND NOVARTIS AG<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WOCKHARDT USA LLC; and WOCKHARDT LTD.<br><br>　　　　Defendants. | Civil Action No. 12-03967 (SDW) (MCA)<br><br>Motion Day: May 6, 2013 |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, AND NOVARTIS AG<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SUN PHARMA GLOBAL FZE AND SUN PHARMACEUTICAL INDUSTRIES LIMITED<br><br>　　　　Defendants. | Civil Action No. 12-04393 (SDW) (MCA)<br><br>Motion Day: May 6, 2013 |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.<br><br>Defendants. | Civil Action No. 13-1028 (SDW) (MCA)<br><br>Motion Day:  May 6, 2013 |

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACCORD HEALTHCARE INC.; FRESENIUS KABI USA, LLC; and HIKMA FARMACEUTICA S.A.,<br><br>Defendants. | Civil Action No. 13-2379 (SDW) (MCA)<br><br>Motion Day:  May 6, 2013 |

### DECLARATION OF ROBERT W. TRENCHARD IN SUPPORT OF NOVARTIS'S REPLY BRIEF IN FURTHER SUPPORT OF ITS <u>MOTION TO CONSOLIDATE</u>

I, Robert W. Trenchard, declare as follows:

1. I am a partner at Wilmer, Cutler, Pickering, Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich St., New York, NY 10007, and counsel for Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") in the above-captioned matter.

2. I submit this declaration in support of Novartis's Reply Brief in Further Support of Its Motion to Consolidate.

3. Attached hereto are true and accurate copies of the following exhibits:

    (1) (SEALED) Transcript, Expedited Discovery Hearing (February 27, 2013)

    (2) Request for Production, Wockhardt USA LLC and Wockhardt Limited's First Set of Requests for Production of Documents and Things (Nos. 1-117) (December 12, 2012)

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 6, 2013

_____
Robert W. Trenchard