FOX ROTHSCHILD LLP
Karen A. Confoy
997 Lenox Drive, Bldg 3
Lawrenceville, New Jersey 08648
(609) 844-3033 (Telephone)/(609) 896-1469 (Facsimile)
kconfoy@foxrothschild.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
Jay R. Deshmukh
William R. Zimmerman (Admitted Pro Hac Vice)
1717 Pennsylvania Avenue, Suite 900
Washington, DC 20006
(202) 640-6400 (Telephone)/(202) 640-6401 (Facsimile)
jay.deshmukh@knobbe.com
bill.zimmerman@knobbe.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
Thomas P. Krzeminski (Pro Hac Vice pending)
William O. Adams (Admitted Pro Hac Vice)
Karen M. Cassidy (Admitted Pro Hac Vice)
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404 (Telephone)/(949) 760-9502 (Facsimile)
thomas.krzeminski@knobbe.com
william.adams@knobbe.com
karen.cassidy@knobbe.com

*Attorneys for Defendants Wockhardt USA LLC and Wockhardt Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | **DOCUMENT ELECTRONICALLY FILED** |
| v. | ) ) | Civil Action No. 13-cv-1028-SDW-MCA |
| ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, | ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.<br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF KAREN A. CONFOY IN SUPPORT OF WOCKHARDT USA LLC AND WOCKHARDT LTD.'S REPLY TO THEIR MOTION TO DISMISS COUNT II OF THE CORRECTED AMENDED COMPLAINT

I, KAREN A. CONFOY, hereby declare as follows:

1.   I am counsel for Defendants Wockhardt USA LLC and Wockhardt Limited (collectively "Wockhardt") in the above-captioned action and in Civil Action No. 12-3967 (SDW/MCA). I submit this declaration in support of Wockhardt's Reply to Their Motion to Dismiss Count II of the Corrected Amended Complaint.

2.   I am an attorney at law admitted to practice before the United States District Court for the District of New Jersey. I am a partner at Fox Rothschild, LLP. Unless otherwise stated, the facts set forth in this declaration are true and of my own personal knowledge, and, if called upon to do so, I could and would testify competently to them.

3.   Attached hereto as **Exhibit 1** are a true and correct copies of the FDA's Approved Drug Products regarding Dr. Reddy's Laboratory, Emcure Pharmaceuticals, and Hospira Inc., available on the FDA's website at http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.DrugDetails, accessed on May 10, 2013.

- 1 -

- 2 -

4. Attached hereto as **Exhibit 2** is a true and correct copy of the FDA's Approved Drug Products list for zoledronic acid available on the FDA's website at http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.Overview&DrugName=ZOLEDRONIC%20ACID, accessed on May 10, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 13, 2013         /s/ Karen A. Confoy
                                          Karen A. Confoy
                                          kconfoy@foxrothschild.com

                                          Counsel for Wockhardt USA LLC and
                                          Wockhardt Limited

# EXHIBIT 1

FDA Home[3] Drug Databases[4] Drugs@FDA[5]

## Drugs@FDA: FDA Approved Drug Products



FAQ[6]  |  Instructions[7]  |  Glossary[8]  |  Contact Us[9]

✉ Email Link

### Drug Details

| | |
|---|---|
| Drug Name(s) | ZOLEDRONIC ACID |
| FDA Application No. | (ANDA) 091363 |
| Active Ingredient(s) | ZOLEDRONIC ACID |
| Company | DR REDDYS LABS LTD |
| Original Approval or Tentative Approval Date | March 29, 2013 |

- **Therapeutic Equivalents**
- **Approval History, Letters, Reviews, and Related Documents**

- Labels are not available

**Products on Application (ANDA) #091363**
Click on a column header to re-sort the table:

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | RLD | TE Code |
|---|---|---|---|---|---|---|
| ZOLEDRONIC ACID | ZOLEDRONIC ACID | EQ 5MG BASE/100ML | INJECTABLE; INJECTION | Prescription | No | AP |

Back to Top | Back to Previous Page | Back to Drugs@FDA Home

Disclaimer[10]

FDA/Center for Drug Evaluation and Research
Office of Communications
Division of Online Communications
Update Frequency: Daily

---

Links on this page:
1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. http://www.fda.gov/default.htm
4. http://www.fda.gov/Drugs/InformationOnDrugs/default.htm
5. http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm
6. http://www.fda.gov/Drugs/InformationOnDrugs/ucm075234.htm
7. http://www.fda.gov/Drugs/InformationOnDrugs/UCM079874
8. http://www.fda.gov/Drugs/InformationOnDrugs/ucm079436.htm
9. http://www.accessdata.fda.gov/scripts/email/cder/commentdrugcat.cfm
10. http://www.fda.gov/AboutFDA/AboutThisWebsite/WebsitePolicies/default.htm#web

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Accessibility Contact FDA Careers FDA Basics FOIA No Fear Act Site Map Transparency Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue

Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of Health & Human Services

Links on this page:

[FDA Home](#)[3] [Drug Databases](#)[4] [Drugs@FDA](#)[5]

**Drugs@FDA: FDA Approved Drug Products**



FAQ[6]  |  Instructions[7]  |  Glossary[8]  |  Contact Us[9]

✉ Email Link

### Drug Details

| | |
|---|---|
| Drug Name(s) | ZOLEDRONIC ACID |
| FDA Application No. | (ANDA) 201801 |
| Active Ingredient(s) | ZOLEDRONIC ACID |
| Company | EMCURE PHARMS LTD |
| Original Approval or Tentative Approval Date | March 29, 2013 |

- **Therapeutic Equivalents**
- **Approval History, Letters, Reviews, and Related Documents**

- Labels are not available

**Products on Application (ANDA) #201801**
Click on a column header to re-sort the table:

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | RLD | TE Code |
|---|---|---|---|---|---|---|
| ZOLEDRONIC ACID | ZOLEDRONIC ACID | EQ 5MG BASE/100ML | INJECTABLE; INJECTION | Prescription | No | AP |

Back to Top | Back to Previous Page | Back to Drugs@FDA Home

Disclaimer[10]

FDA/Center for Drug Evaluation and Research
Office of Communications
Division of Online Communications
Update Frequency: Daily

---

Links on this page:

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. http://www.fda.gov/default.htm
4. http://www.fda.gov/Drugs/InformationOnDrugs/default.htm
5. http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm
6. http://www.fda.gov/Drugs/InformationOnDrugs/ucm075234.htm
7. http://www.fda.gov/Drugs/InformationOnDrugs/UCM079874
8. http://www.fda.gov/Drugs/InformationOnDrugs/ucm079436.htm
9. http://www.accessdata.fda.gov/scripts/email/cder/commentdrugcat.cfm
10. http://www.fda.gov/AboutFDA/AboutThisWebsite/WebsitePolicies/default.htm#web

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Accessibility Contact FDA Careers FDA Basics FOIA No Fear Act Site Map Transparency Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue

Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

Links on this page:

[FDA Home][3] [Drug Databases][4] [Drugs@FDA][5]

## Drugs@FDA: FDA Approved Drug Products

FAQ[6]  |  Instructions[7]  |  Glossary[8]  |  Contact Us[9]

✉ Email Link

### Drug Details

| | |
|---|---|
| Drug Name(s) | ZOLEDRONIC ACID |
| FDA Application No. | (ANDA) 202837 |
| Active Ingredient(s) | ZOLEDRONIC ACID |
| Company | HOSPIRA INC |
| Original Approval or Tentative Approval Date | April 5, 2013 |

- **Therapeutic Equivalents**
- **Approval History, Letters, Reviews, and Related Documents**

- Labels are not available

**Products on Application (ANDA) #202837**
Click on a column header to re-sort the table:

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | RLD | TE Code |
|---|---|---|---|---|---|---|
| ZOLEDRONIC ACID | ZOLEDRONIC ACID | EQ 5MG BASE/100ML | INJECTABLE; IV (INFUSION) | Prescription | No | AP |

Back to Top | Back to Previous Page | Back to Drugs@FDA Home

Disclaimer[10]

FDA/Center for Drug Evaluation and Research
Office of Communications
Division of Online Communications
Update Frequency: Daily

---

Links on this page:
1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. http://www.fda.gov/default.htm
4. http://www.fda.gov/Drugs/InformationOnDrugs/default.htm
5. http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm
6. http://www.fda.gov/Drugs/InformationOnDrugs/ucm075234.htm
7. http://www.fda.gov/Drugs/InformationOnDrugs/UCM079874
8. http://www.fda.gov/Drugs/InformationOnDrugs/ucm079436.htm
9. http://www.accessdata.fda.gov/scripts/email/cder/commentdrugcat.cfm
10. http://www.fda.gov/AboutFDA/AboutThisWebsite/WebsitePolicies/default.htm#web

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Accessibility Contact FDA Careers FDA Basics FOIA No Fear Act Site Map Transparency Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue

Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of Health & Human Services

Links on this page:

# **EXHIBIT 2**



FDA Home[3] Drug Databases[4] Drugs@FDA[5]

## Drugs@FDA: FDA Approved Drug Products

FAQ[6] | Instructions[7] | Glossary[8] | Contact Us[9]

### Overview

| | |
|---|---|
| Drug Name | ZOLEDRONIC ACID |
| Active Ingredient(s) | ● ZOLEDRONIC ACID |
| Form(s) and Strength(s) Available | ● INJECTABLE; INJECTION: 4MG ; 4MMG ; 5MG/100ML ; EQ 5MG BASE/100ML<br>● INJECTABLE; IV (INFUSION): EQ 4MG BASE/5ML ; EQ 4MG BASE/VIAL ; EQ 5MG BASE/100ML |

Details about drugs are organized by FDA Application Number (NDA or ANDA or BLA).
Click on a drug name or application number to view drug details:
    Click on a column header to re-sort the table:

| Drug Name and FDA Application Number | Label Info | Dosage Form/Route | Strength | Marketing Status | Company |
|---|---|---|---|---|---|
| ZOLEDRONIC ACID (ANDA # 078533) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/5ML | None (Tentative Approval) | APOTEX INC |
| ZOLEDRONIC ACID (ANDA # 078576) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/VIAL | None (Tentative Approval) | TEVA PARENTERAL |
| ZOLEDRONIC ACID (ANDA # 078580) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/VIAL | None (Tentative Approval) | TEVA PARENTERAL |
| ZOLEDRONIC ACID (ANDA # 090018) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/VIAL | Prescription | SUN PHARMA GLOBAL |
| ZOLEDRONIC ACID (ANDA # 090330) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/5ML | None (Tentative Approval) | PHARMAFORCE |
| ZOLEDRONIC ACID (ANDA # 090621) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/5ML | None (Tentative Approval) | HOSPIRA INC |
| ZOLEDRONIC ACID (ANDA # 090709) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/5ML | None (Tentative Approval) | HOSPIRA INC |
| ZOLEDRONIC ACID (ANDA # 091170) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/5ML | Prescription | PHARMACEUTICS |
| ZOLEDRONIC ACID (ANDA # 091186) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/5ML | Prescription | DR REDDYS LABS LTD |
| ZOLEDRONIC ACID (ANDA # 091187) | Not Available | INJECTABLE; INJECTION | 4MMG | None (Tentative Approval) | DR REDDYS LABS LTD |
| ZOLEDRONIC ACID (ANDA # 091363) | Not Available | INJECTABLE; INJECTION | EQ 5MG BASE/100ML | Prescription | DR REDDYS LABS LTD |
| ZOLEDRONIC ACID (ANDA # 091364) | Not Available | INJECTABLE; INJECTION | 5MG/100ML | None (Tentative Approval) | DR REDDYS LABS LTD |
| ZOLEDRONIC ACID (ANDA # 201783) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/5ML | Prescription | EMCURE PHARMS LTD |
| ZOLEDRONIC ACID (ANDA # 201801) | Not Available | INJECTABLE; INJECTION | EQ 5MG BASE/100ML | Prescription | EMCURE PHARMS LTD |
| ZOLEDRONIC ACID (ANDA # 202472) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/5ML | Prescription | ACTAVIS INC |
| ZOLEDRONIC ACID (ANDA # 202571) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/5ML | Prescription | PHARMS |
| ZOLEDRONIC ACID (ANDA # 202650) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/5ML | Prescription | AGILA SPECLTS |
| ZOLEDRONIC ACID (ANDA # 202746) | Not Available | INJECTABLE; IV (INFUSION) | EQ 4MG BASE/5ML | Prescription | SUN PHARMA GLOBAL |
| ZOLEDRONIC ACID (ANDA # 202837) | Not Available | INJECTABLE; IV (INFUSION) | EQ 5MG BASE/100ML | Prescription | HOSPIRA INC |
| ZOLEDRONIC ACID (NDA # 203231) | Not Available | INJECTABLE; INJECTION | 4MG | None (Tentative Approval) | ACS DOBFAR INFO SA |

Back to Top | Back to Previous Page | Back to Drugs@FDA Home

Disclaimer[10]

FDA/Center for Drug Evaluation and Research
Office of Communications
Division of Online Communications
Update Frequency: Daily

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. http://www.fda.gov/default.htm
4. http://www.fda.gov/Drugs/InformationOnDrugs/default.htm
5. http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm
6. http://www.fda.gov/Drugs/InformationOnDrugs/ucm075234.htm
7. http://www.fda.gov/Drugs/InformationOnDrugs/UCM079874
8. http://www.fda.gov/Drugs/InformationOnDrugs/ucm079436.htm
9. http://www.accessdata.fda.gov/scripts/email/cder/commentdrugcat.cfm
10. http://www.fda.gov/AboutFDA/AboutThisWebsite/WebsitePolicies/default.htm#web
11. http://www.fda.gov/AboutFDA/AboutThisWebsite/WebsitePolicies/ViewingFiles/default.htm
12. http://www.fda.gov/AboutFDA/AboutThisWebsite/Accessibility/default.htm
13. http://www.fda.gov/AboutFDA/ContactFDA/default.htm
14. http://www.fda.gov/AboutFDA/WorkingatFDA/default.htm
15. http://www.fda.gov/AboutFDA/Transparency/Basics/default.htm
16. http://www.fda.gov/RegulatoryInformation/FOI/default.htm
17. http://www.fda.gov/AboutFDA/WorkingatFDA/NoFearAct/default.htm
18. http://www.fda.gov/SiteMap/default.htm
19. http://www.fda.gov/AboutFDA/Transparency/default.htm
20. http://www.fda.gov/AboutFDA/AboutThisWebsite/WebsitePolicies/default.htm
21. http://www.fda.gov
22. http://www.fda.gov/AboutFDA/ContactFDA/default.htm
23. http://www.usa.gov
24. http://www.fda.gov/AboutFDA/ContactFDA/StayInformed/GetEmailUpdates/default.htm
25. http://www.fda.gov/AboutFDA/ContactFDA/StayInformed/RSSFeeds/default.htm
26. http://www.fda.gov/NewsEvents/InteractiveMedia/default.htm#micro
27. http://www.fda.gov/NewsEvents/InteractiveMedia/default.htm#Facebook
28. http://www.fda.gov/NewsEvents/InteractiveMedia/ucm200145.htm
29. http://www.fda.gov/NewsEvents/InteractiveMedia/default.htm#flickr
30. http://www.fda.gov/ForFederalStateandLocalOfficials/default.htm
31. http://www.fda.gov/NewsEvents/default.htm
32. http://www.fda.gov/CombinationProducts/default.htm
33. http://www.fda.gov/AdvisoryCommittees/default.htm
34. http://www.fda.gov/ScienceResearch/default.htm
35. http://www.fda.gov/RegulatoryInformation/default.htm
36. http://www.fda.gov/Safety/default.htm
37. http://www.fda.gov/EmergencyPreparedness/default.htm
38. http://www.fda.gov/InternationalPrograms/default.htm
39. http://www.fda.gov/NewsEvents/default.htm
40. http://www.fda.gov/Training/default.htm

41. http://www.fda.gov/ICECI/default.htm
42. http://www.fda.gov/ForFederalStateandLocalOfficials/default.htm
43. http://www.fda.gov/ForConsumers/default.htm
44. http://www.fda.gov/ForIndustry/default.htm
45. http://www.fda.gov/ForHealthProfessionals/default.htm
46. http://www.accessdata.fda.gov/scripts/search/index.cfm?action=archive.search
47. http://www.hhs.gov

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players[11].
Accessibility[12] Contact FDA[13] Careers[14] FDA Basics[15] FOIA[16] No Fear Act[17] Site Map[18] Transparency[19] Website Policies[20]

[21]

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA[22]

[23] [24] [25] [26] [27] [28] [29]

For Government[30] For Press[31]

Combination Products[32] Advisory Committees[33] Science & Research[34] Regulatory Information[35] Safety[36] Emergency Preparedness[37] International Programs[38] News & Events[39] Training and Continuing Education[40] Inspections/Compliance[41] State & Local Officials[42] Consumers[43] Industry[44] Health Professionals[45] FDA Archive[46]

U.S. Department of Health & Human Services[47]

**Links on this page:**