# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 13-1028 (SDW) (MCA) <br><br> **Motion Day: June 17, 2013** |

## **NOVARTIS'S NOTICE OF MOTION TO SEAL**

**PLEASE TAKE NOTICE** that on June 17, 2013, or as soon as counsel can be heard, the undersigned counsel for Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") shall move pursuant to Local Civil Rule 5.3(c) before the Honorable Madeline Cox Arleo, U.S.M.J., at the United States District Court for the District of New Jersey, for an Order sealing the following documents [D.I. 232]:

1) Portions of Novartis's Opposition to Wockhardt's Motion to Dismiss Count II of the Corrected Amended Complaint; and

2) Exhibits 1 and 2 to the Declaration of Robert W. Trenchard in Support of Novartis's Opposition to Wockhardt's Motion to Dismiss Count II of the Corrected Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff submits a publicly redacted version of Novartis's Opposition to Wockhardt's Motion to Dismiss Count II of the Corrected Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff submits a public version of the Declaration of Robert W. Trenchard in Support of Novartis's Opposition to Wockhardt's Motion to Dismiss Count II of the Corrected Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff submits the enclosed Memorandum in Support of this Motion to Seal, pursuant to Local Civil Rules 5.3(c)(1) and 7.1, and the Certification of Rachel L. Weiner attesting to the good cause for an Order sealing the above-referenced documents.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion to Seal, Memorandum and Certification of Rachel L. Weiner, and any additional submissions made hereafter, a proposed Order is also submitted.

DATED: May 14, 2013

s/ William J. O'Shaughnessy
William J. O'Shaughnessy
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-2094
woshaughnessy@mccarter.com

*Attorneys for Novartis Pharmaceuticals Corporation*

OF COUNSEL:

Jane M. Love, Ph.D.
Robert Trenchard
Martin E. Gilmore
Sadaf R. Abdullah
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Lisa J. Pirozzolo
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Rachel L. Weiner
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

*Attorneys for Novartis Pharmaceuticals Corporation*

- 4 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of the foregoing Notice of Motion to Seal and supporting documents were caused to be served on May 14, 2013 via email and/or the ECF system upon all counsel of record.

                By:    *s/ William J. O'Shaughnessy*
                          William J. O'Shaughnessy