IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.<br><br>Defendants. | Civil Action No. 13-1028 (SDW) (MCA) |

### DECLARATION OF ROBERT W. TRENCHARD IN SUPPORT OF NOVARTIS'S OPPOSITION TO WOCKHARDT'S MOTION TO DISMISS COUNT II OF THE CORRECTED AMENDED COMPLAINT

I, Robert W. Trenchard, declare as follows:

1. I am a partner at Wilmer, Cutler, Pickering, Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich St., New York, NY 10007, and counsel for Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") in the above-captioned matter.

2.	I submit this declaration in support of Novartis's Opposition to Wockhardt's Motion to Dismiss Count II of the Corrected Amended Complaint.

3.	Attached hereto are true and accurate copies of the following exhibits:

(1)	(SEALED) Transcript, Expedited Discovery Hearing (February 27, 2013)

(2)	(SEALED) Wockhardt Section viii Statement (September 18, 2012)

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  May 6, 2013

_____
Robert W. Trenchard