## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned attorney for Defendant Gland Pharma Ltd. hereby certify that the foregoing Answer, Defenses and Counterclaims of Defendant Gland Pharma Ltd was electronically filed on this date and is available for viewing and downloading via ECF.

Dated:  May 15, 2013                   Respectfully submitted,

*/s/ Jeffrey A. Cohen*
**FLASTER/GREENBERG P.C.**
By:  Jeffrey A. Cohen
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900 – Phone
(856) 661-1919 – Facsimile
jeff.cohen@flastergreenberg.com

**HUSCH BLACKWELL LLP**
Steven E. Feldman
Sherry Rollo
Philip D. Segrest, Jr.
120 S. Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500 – Phone
(312) 655-1501 – Facsimile
Attorneys for Defendant Gland Pharma Ltd.