**FLASTER/GREENBERG P.C.**
By: Jeffrey A. Cohen, Esquire (JC7673)
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900—Phone
(856) 661-1919—Facsimile
Jeff.Cohen@FlasterGreenberg.com
*Attorneys for Defendant Gland Pharma Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMS. CORP., <br>     *Plaintiff,* <br>     v. <br> ACTAVIS LLC; APOTEX, INC.; APOTEX CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABS., INC.; DR. REDDY'S LABS. LTD.; EMCURE PHARMS. USA, INC.; EMCURE PHARMS., LTD.; HOSPIRA, INC.; PHAR. INT'L INC.; SAGENT PHARS., INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARM. LABS., LTD; SUN PHARM. INDUS. LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD., <br>     *Defendants.* | No. 13-1028 (MCA) (SDW) <br><br> Judge Susan Wigenton <br><br> Mag. Judge Madeline Cox Arleo <br><br>     Document Electronically Filed |

### RULE 7.1 DISCLOSURE STATEMENT OF GLAND PHARMA LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Gland Pharma Ltd. certifies that it does not have a parent corporation and there is no publicly-held corporation that owns more than 10% of its stock.

– 2 –

| | |
|---|---|
| Dated:  May 15, 2013 | Respectfully submitted,<br><br>\_\_/s/  Jeffrey A. Cohen\_\_\_\_<br>**FLASTER/GREENBERG P.C.**<br>By:  Jeffrey A. Cohen<br>Commerce Center<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>(856) 661-1900 – Phone<br>(856) 661-1919 – Facsimile<br>jeff.cohen@flastergreenberg.com<br><br>**HUSCH BLACKWELL LLP**<br>Steven E. Feldman<br>Sherry Rollo<br>Philip D. Segrest, Jr.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, Illinois 60606<br>(312) 655-1500 – Phone<br>(312) 655-1501 – Facsimile<br>*Attorneys for Defendant Gland Pharma Ltd.* |